Marilyn H. Long
9043 North 53rd Avenue
Glendale, Arizona 85302
Phone: (602) 363-8708
Email: mlong24@cox.net

```
    FILED        LODGED
    RECEIVED     COPY

    APR 2 3 2008

  CLERK U S DISTRICT COURT
    DISTRICT OF ARIZONA
                    DEPUTY
```

IN THE UNITED STATES DISRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| MACON F. LONG, JR.,<br>MARILYN H. LONG,<br>**Plaintiffs**<br><br>vs.<br><br>HOMCOMINGS FINANCIAL, A GMAC COMPANY,<br>EXECUTIVE TRUSTEE SERVICES, LLC, and<br>MORTGAGE ELECTRONIC REGISTRATION<br>SYSTEMS, INC.,<br>**Defendants** | CASE NO.:<br><br>CIV '08 0771 PHX MHM<br><br><br>COMPLAINT |

### Preliminary Statement

This is a civil action filed by MACON F. LONG, JR. and MARILYN H. LONG, hereinafter referred to as "the Plaintiffs," for injunctive relief, declatory relief and damages under Title VIII, of the Fair Debt Collection Practice Act 15 USC 1692 e, f and g, §§ 807(5), 808(6)(A) and 809. This action also seeks relief for the state tort claims of civil conspiracy and fraudulent conveyance.

### Jurisdiction

1. This court has jurisdiction over the Plaintiffs claims of violations of the Fair Debt Collection Practice Act.

2. This court has pendent jurisdiction over the Plaintiffs state tort claims.

### Parties

3. The Plaintiffs, MACON F. LONG, JR. and MARILYN H. LONG, is a citizen of the United States By virtue of the Fourteenth Amendment to the United States Constitution and is domiciled at 9043 N. 53rd Avenue, Glendale, Arizona, Maricopa County.

4. Defendant, HOMCOMINGS FINANCIAL, A GMAC COMPANY, is a mortgage company with an address at 1000 Witmer Road, Horsham, Pennsylvania, 19044 and 2711 N. Haskell Avenue, Suite 900, Dallas, Texas 75204.

5. Defendant EXECUTIVE TRUSTEE SERVICES, LLC, is a debt collector located at 2255 North Ontario Street, Suite 400, Burbank, California 91504.

6. Defendant MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC is a strawman/party owned and operated by HOMCOMINGS FINANCIAL, A GMAC COMPANY, located at 1100 Virginia Drive, Fort Washington, Pennsylvania, 19034.

## Complaint

7. On or about October 27th, 2000, the Plaintiffs purchased their home, 9043 N. 53rd Avenue, in Glendale, Arizona, from John Gola, III. **See Exhibit "A"**

8. On or about December 3rd, 2007, the Plaintiffs received a letter from defendant Homecomings Financial, A GMAC Company demanding payment from the Plaintiffs against Plaintiffs property described in line 7 of this complaint. **See Exhibit "B"**

9. On December 26th, 2007, the Plaintiffs forwarded a certified letter to defendant Homecomings Financial, A GMAC Company demanding that defendant Homecomings Financial, A GMAC Company cease and desist all collection activities against his property identified in line 7 until Homecomings Financial, A GMAC Company produce verification of the debt pursuant to the FDCPA 15 USC 1892 g § 809. **See Exhibit "C"**

10. At no time did defendant Homecomings Financial, A GMAC Company produce or provide the plaintiff with the requested verification of debt.

11. On or about January 2nd, 2008, the Plaintiffs received a letter from defendant Homecomings Financial, A GMAC Company demanding payment from the Plaintiffs against Plaintiffs property described in line 7 of this complaint. **See Exhibit "D"**

12. On or about January 29th, 2008, less than 30 days from the January 2nd, 2008 letter mentioned in line 11 of this complaint, the Plaintiffs received a demand for payment, Notice of Foreclosure and Notice of Trustee's Sale against Plaintiffs property described in line 7 from defendants MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. and EXECUTIVE TRUSTEE SERVICES, LLC as their agent on behalf of defendant Homecomings Financial, A GMAC Company. **See Exhibit "E"**

13. At no time did defendant Homecomings Financial, A GMAC Company produce or provide the Plaintiffs with the requested verification of debt.

14. On or about March 28th, 2008, the Plaintiffs received a Notice of Trustee's Sale against Plaintiffs property described in line 7 from defendants MORTGAGE ELECTRONIC

REGISTRATION SYSTEMS, INC. and EXECUTIVE TRUSTEE SERVICES, LLC as their agent on behalf of defendant Homecomings Financial, A GMAC Company by U.S. Postal Service and a copy also taped to the front wall, in public view, of Plaintiffs property described in line 7. **See Exhibit "F"**

15. On or about April 2nd, 2008, the Plaintiffs forwarded a certified letter to defendants MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. and EXECUTIVE TRUSTEE SERVICES, LLC demanding that defendants MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. and EXECUTIVE TRUSTEE SERVICES, LLC cease and desist all collection activity until verification of the debt is provided. The Plaintiffs letter also advised defendant MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. and EXECUTIVE TRUSTEE SERVICES, LLC that defendant Homecomings Financial, A GMAC Company defaulted on the time limits set by the FDCPA to verify the debt. **See Exhibit "G"**

16. The Plaintiffs are suffering from emotional distress and mental anguish from the actions of defendants HOMECOMINGS FINANCIAL, A GMAC COMPANY, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. and EXECUTIVE TRUSTEE SERVICES, LLC as described in lines 7 thru 15 of this complaint.

## Claims for Relief Demand

17. Defendants HOMECOMINGS FINANCIAL, A GMAC COMPANY, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. and EXECUTIVE TRUSTEE SERVICES, LLC actions detailed in lines 7 thru 15 of this complaint constitutes false and misleading practices in violation of the FDCPA 15 USC 1696e § 807(5).

18. Defendants HOMECOMINGS FINANCIAL, A GMAC COMPANY, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. and EXECUTIVE TRUSTEE SERVICES, LLC actions detailed in lines 7 thru 15 of this complaint constitutes unfair practices in violation of the FDCPA 15 USC 1692f § 808(6) (A).

19. Defendants HOMECOMINGS FINANCIAL, A GMAC COMPANY, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. and EXECUTIVE TRUSTEE SERVICES, LLC actions detailed in lines 7 thru 15 of this complaint constitutes a violation of the FDCPA 15 USC 1692g § 809 where all parties failed to validate the debt.

20. Defendants HOMECOMINGS FINANCIAL, A GMAC COMPANY, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. and EXECUTIVE TRUSTEE SERVICES, LLC actions detailed in lines 7 thru 15 of this complaint constitutes the tort of civil conspiracy and fraudulent conveyance.

## Relief Demand

Wherefore, the Plaintiffs request that the court grant the following demands:

(A) That this Court issue an injunctive relief restraining HOMECOMINGS FINANCIAL, A GMAC COMPANY, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. and EXECUTIVE TRUSTEE SERVICES, LLC to stop all claims against the Plaintiffs property described in line 7 of this complaint until there is a final disposition of this case.

(B) That HOMECOMINGS FINANCIAL, A GMAC COMPANY, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. and EXECUTIVE TRUSTEE SERVICES, LLC issue declaration that they violated the Plaintiffs rights under the FDCPA when they attempted to perform a non judicial foreclosure without validating the debt pursuant to 15 USC 1692g § 809.

(C) That the defendants pay the Plaintiffs $1000.00 each for violating the Plaintiffs rights under the FDCPA 15 USC 1692 e, f and g as enumerated in this complaint.

(D) That the Plaintiffs be awarded damages in an amount to be determined against defendants for their tortuous actions described in this complaint which caused the Plaintiffs emotional distress and continued mental anguish.

(E) That the defendants pay all cost of this action.

(F) That the court grant any and all relief.

(G) That the Plaintiffs be awarded attorney fees.

Dated: April 22, 2008

_____
Marilyn H. Long, Pro Se
9043 N. 53rd Avenue
Glendale, Arizona 85033
Phone: (602) 363-8708

_____
Macon F. Long, Jr.
9043 N. 53rd Avenue
Glendale, Arizona 85033
Phone: (602) 363-8708

4