1 | DAVID E. McALLISTER (AZ BN 021551)
  | ROCHELLE L. STANFORD (AZ BN 013171)
2 | DOUGLAS A. TOLENO (AZ BN 021617)
  | PITE DUNCAN, LLP
3 | 525 E. Main Street
  | P.O. Box 12289
4 | El Cajon, CA 92022-2289
  | Telephone: (619) 590-1300
5 | Facsimile: (619) 590-1385

6 | Attorneys for Defendants EXECUTIVE TRUSTEE SERVICES, LLC, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., and HOMECOMINGS FINANCIAL, LLC

7

8 | IN THE UNITED STATES DISTRICT COURT

9 | FOR THE DISTRICT OF ARIZONA

10 | MACON F. LONG | Case No. CV08-00771-PHX-MHM
   | MARILYN H. LONG,
11 |                                        | ORDER OF DISMISSAL WITH
   |                                        | PREJUDICE
12 | Plaintiffs,

13 | vs.

14 | HOMECOMINGS FINANCIAL, LLC,
   | EXECUTIVE TRUSTEE SERVICES, LLC,
15 | and MORTGAGE ELECTRONIC
   | REGISTRATION SYSTEMS, INC.,

16 | Defendants.

17 |     HAVING RECEIVED AND REVIEWED the parties' Stipulation to Dismiss with Prejudice,

18 | and good cause appearing therefore,

19

20 |     IT IS HEREBY ORDERED, dismissing the above-entitled case with prejudice and without

21 | cost, each party to bear their own attorneys' fees.

22

23 |     DONE IN OPEN COURT this _____ day of _____, 2008.

24

25

26

27

28