IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| MACON F. LONG<br>MARILYN H. LONG,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>HOMECOMINGS FINANCIAL, LLC,<br>EXECUTIVE TRUSTEE SERVICES, LLC,<br>and MORTGAGE ELECTRONIC<br>REGISTRATION SYSTEMS, INC.,<br><br>　　　　Defendants. | Case No. CV 08-771-PHX-MHM<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

HAVING RECEIVED AND REVIEWED the parties' Stipulation to Dismiss with Prejudice, and good cause appearing therefore,

IT IS HEREBY ORDERED, dismissing the above-entitled case with prejudice and without cost, each party to bear their own attorneys' fees.

DATED this 21st day of December, 2008.

_____
Mary H. Murguia
United States District Judge

-1-